

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SLR:RH:CSK
F. #8901653

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 26, 2015

By Hand and ECF

The Honorable I. Leo Glasser
United States District Judge
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:    United States v. PSIA, *et. al.*
>        Civil Action No. 89-1848 (ILG)

Dear Judge Glasser:

The United States writes to advise the Court that the Eighth Amended Consent Decree extending the terms of Investigative Officer over Local 813 is due to expire on April 5, 2015. No further extensions will be applied for.

We thank the Court for its consideration.

Respectfully submitted,

LORETTA E. LYNCH
United States Attorney

By: _____
Claire S. Kedeshian
Assistant U.S. Attorney
(718) 254-6051

cc:    Independent Review Board
       International Brotherhood of Teamsters
       17 Battery Park Place Room 331
       New York, New York 10004-3506
       Att: Charles Carberry, Esq.
       John Skala, Investigative Officer
       info@irbcio.org

J. Bruce Maffeo, Esq.
Cozen & O'Conner
Counsel to the IBT
45 Broadway, 16th Floor
New York, New York 10006
JBMaffeo@cozen.com

Andrew Hoffmann, Esq.
Counsel to Local 813
450 7th Avenue Suite 1400
New York, New York 10123
Andrew.hoffmann@hoffmannlegal.com

Sean T. Campbell
Principal Officer, Local 813 of IBT
45-18 Court Square
Long Island City, New York 11101